## 1st Court of Appeals

### Re: Edward R. Newsome T.D.C #437698

Appeal # 01-13-00435-CV

Trial case # 1995-25994-CV

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE

CLERK

## Amended Motion For leave to Secure Appearance to testify

To the Honorable Judge of said court: Local Rule(1) the Appellant Edward R. Newsome Argue and offer into Evidence An Objection Against the Clerk Christopher A. Prine denying direct Appeal on 3-2-15 was Abuse of discretion And Request For Permission to Appeal For want of Jurisdiction in this Motion For leave to Secure Appearance to testify see Terry 632 F.2d. At 256 And Also Byrd vs Attorney General 877 S.W. 2d. At 566 with Convict Key-6 And Prison Key-308-314. A Prisoner Motion to Secure his own Appearance to testify has Been Filed to the 5th Circuit Court on Request For A SubSequent Review must be weighed in determining whether or Not A writ of Habeas Corpus Ad testificandum should be issue to Secure the Appearance of An incarcerated Non Party witness At the Request of An incarcerated Plantiff. A district court will be Reversed when it Refused to issue the writ constitute An Abuse of discretion. The trial court in this Motion For Rehearing, Motion to extend time For Reconsideration Rule 10.56 should Not Base the exercise of its discretion on the Possibility that A Prisoner will succeed

+(1)+

on the Merits of this Claim or A Presumption that the correctional institution has Acted Correctly with ReGard to the Prisoner's Complaint, and dismissing Claim, For lack of Jurisdiction, the court oF Appeals held that trial court Failure to Rule on Motion to Appear at hearing on Fund Plea to Jurisdiction constitute an Abuse of discretion And Require Reversal See Pending 07-41179, CAse# 11-10196, U.S.D.C.# 10-CV-242 See CASe# 15-10101, U.S.D.C.# 15-CV-30, CASe# 14-CV-309 And CASe 15-cv-30 For Further Proceeding For Relief See Rule 48.1.

3-19-2015
<u>DATE</u>

Edward R. Newsome
Appellant Signature

## CERTIFICATE OF SERVICE Rule 9.5

the Appellant Edward R-Newsome veriFy the Statement made in this Amended Affidavit of inability to Pay Court Costs And initial Filing fees without Prepayment of fees to File Motion For leave to Secure Appearance to testiFy is true And correct under the Penalty of PerJury See 28 U.S.C § 1746 For Purpose of MAilBox Rule 4(c) 1, 2, 3(d) For the original And Copies oF Records in Rule 9.3(a), Rule 34.5(c)(1), Rule 34.6 (c)(4), Rule 35.1(6), Rule 35.3 (6)(3) And Rule 37.3 (a) For Service in Local Rule 10, 11, 12(c) And Benefits See Also Rule 54(c), Rule of Civ. Proc. 166(a) And 306(c) Motion For Summary Judgment For New Trial.

3-19-2015
<u>DATE</u>

Edward R. Newsome
Appellant Signature

437698
Edward R. Newsome
Bill Clement Unit
9601 Stac 391
Amarillo, TX 79107

185-82

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR - 2 2015

CHRISTOPHER A. PRINE
CLERK

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

APR 01 2015

CHRISTOPHER A. PRINE
CLERK

Christopher A. Prine
Court of Appeals
Street Suite 245
Texas 77002

AMARILLO TEXAS
FOREVER USA
FOREVER USA